STATE OF NEW JERSEY IN THE INTEREST OF G. T.

October 25, 1976. Cross-Petition for certification granted. (See 143 *N. J. Super.* 73)

STATE OF NEW JERSEY v. WALTER KOZARSKI.

October 25, 1976. Petition for certification denied. (See 143 *N. J. Super.* 12)

ALAN L. KRUMHOLZ v. TRW, INCORPORATED.

October 25, 1976. Petition for certification denied. (See 142 *N. J. Super.* 80)

ALAN L. KRUMHOLZ v. TRW, INCORPORATED.

October 25, 1976. Cross-Petition for certification denied. (See 142 *N. J. Super.* 80)

STATE OF NEW JERSEY v. JESSE JAMES WASHINGTON.

October 25, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. VITO IAVICOLI.

October 25, 1976. Petition for certification denied.